UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZIE NOH, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>KOREAN AIR LINES CO. LTD.,<br>　　　　Defendant. | Case No. 17-cv-01909-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 11 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: May 15, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge